■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY ROBERTSON, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Kooper, J.), rendered February 8, 1983, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant was not deprived of his constitutional right to counsel when he was arrested and compelled to stand in a lineup

without his attorney being present, despite the knowledge of the arresting officer that defendant was represented by an attorney on an unrelated, pending matter (*see, People v Hawkins,* 55 NY2d 474, *cert denied* 459 US 846).

We have considered defendant's other contentions and find them to be without merit. Mangano, J. P., Gibbons, Bracken and Niehoff, JJ., concur.